IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERIC REID,

    Plaintiff,

v.

HOMER BRYSON; DOUG WILLIAMS;
ERIC SMOKES; DERIC GODFREY; and
MRS. BENNETT, in their individual and
official capacities,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-116

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court also **DISMISSES as moot** Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order.

**SO ORDERED**, this 12th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA